

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KEITH DEMOND SNELL, | § | No. 08-15-00116-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 19th District Court |
| | § | |
| | § | of McLennan County, Texas |
| THE STATE OF TEXAS, | § | (TC# 2013-1987-Cl) |
| | § | |
| Appellee. | § | |
| | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF NOVEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.